# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00823-CV

---

**K. F., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 33RD DISTRICT COURT OF LLANO COUNTY**
**NO. 22729, THE HONORABLE CHERYLL MABRAY, JUDGE PRESIDING**

---

## MEMORANDUM OPINION

K.F. appealed the trial court's final order in the underlying suit affecting the parent-child relationship. The parties have filed an agreed motion requesting remand of this case to the trial court for a new trial.

The motion recites the parties' agreement that (1) if the Texas Department of Family and Protective Services continues to pursue a permanent restraining order against K.F., the new hearing on the permanent injunction shall be conducted under the clear-and-convincing-evidence standard required by *Stary v. Ethridge*, 712 S.W.3d 584 (Tex. 2025); and (2) on remand, counsel for K.F. shall be discharged from her appointment, and the trial court shall appoint new counsel to represent K.F. for the new hearing pursuant to Texas Family Code § 107.013.

We grant the parties' joint motion, set aside the trial court's judgment without regard to the merits, and remand this case to the trial court for further proceedings in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Vacated and Remanded on Joint Motion

Filed: May 20, 2026